# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH JONES, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | No. 13-3898 |
| | : | |
| STEVEN R. GLUNT, et al., | : | |
| Respondent. | : | |

## ORDER

**AND NOW**, this 5th day of February, 2014, upon careful consideration of the petition for writ of habeas corpus, the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa (Doc. No. 7), and after a thorough and independent review of the record, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus is **STAYED** and held in **ABEYANCE** until the conclusion of Petitioner's state court proceedings.

3. Petitioner shall return to federal court within thirty (30) days of the conclusion of his state court proceedings. If he fails to do so, this Order will be vacated and his Petition dismissed without prejudice.

4. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

S/MITCHELL S. GOLDBERG
MITCHELL S. GOLDBERG, J.